UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SABLAN,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES INC,<br><br>       Defendant. | Case No. 21-cv-04799-CRB (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 32 |

The parties can't agree on a schedule for depositions, so a schedule will now be set for them. The parties can stipulate to change one or more of these scheduled dates, but if no agreement is reached, the scheduled dates will govern.

- Patricia DeVere (United employee) will be deposed on May 24, 2022.
- Plaintiff will be deposed on June 1, 2022.
- Edward Diaz (United employee) will be deposed on June 8, 2022.

**IT IS SO ORDERED.**

Dated: May 4, 2022

Alex G. Tse
United States Magistrate Judge