UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SABLAN,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED AIRLINES INC,<br><br>        Defendant. | Case No. 21-cv-04799-CRB (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 43 |

    By August 18, 2022, the parties must meet and confer further (i) about any outstanding records that Sablan needs to produce under General Order 71 and (ii) about the scope of United's document subpoenas to Recology South Bay, LLC, and South Bay Recycling, LLC. The parties must meet and confer in person or by videoconference. If they are unable to resolve their dispute, they may file another joint statement.

    **IT IS SO ORDERED.**

Dated: August 12, 2022

                                                                               Alex G. Tse<br>
                                                                               United States Magistrate Judge